UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-173-08 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| LARSHANDRA C DAVENPORT (08) | MAGISTRATE JUDGE HORNSBY |

## ORDER

Larshandra Davenport, formerly an inmate at Carswell Federal Medical Center, filed a motion for compassionate release seeking a reduction of her sentence to time-served based on the Covid-19 pandemic. Record Document 599. The Government opposed the motion. After the motion was briefed by the parties and while it was pending before the Court, Davenport was released from prison. Thus, Davenport is no longer serving her prison sentence.

The case or controversy requirement of Article III of the Constitution deprives the Court of jurisdiction to hear moot cases. See Already, LLC v. Nike, Inc., 568 U.S. 85, 91 (2013). The controversy must "exist not only at the time the complaint is filed, but through all stages of the litigation." Id. (internal marks omitted). Here, Davenport has been released from Bureau of Prisons ("BOP") custody, presumably onto supervised release. Thus, the Court cannot order the BOP to release Davenport from prison, as she has satisfied that component of her sentence and is no longer in BOP custody. Based on Davenport's release from prison, there is no longer a live case or controversy

before the Court. As such, the motion for compassionate release [Record Document 599] is **DENIED AS MOOT**.

    **THUS DONE AND SIGNED** this 31st day of January, 2023.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE